UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO.: 13-23172-CIV-MORENO

MOISES ANGULO and all others similarly )
situated under 29 U.S.C. 216(B), )
)
         Plaintiff, )
vs. )
)
R. & R. FRESH PRODUCE, INC. )
STEWART FAMILY PRODUCE INC. d/b/a )
R & R FRESH PRODUCE )
ROBERT STEWART, )
)
         Defendants. )
_____ )

## STATEMENT OF CLAIM

**Claim of Moises Angulo**

**Overtime Claim\***

Statutory Period Claimed: 155 weeks (9/3/10 – 8/26/13)
Half time rate claimed $5.625
Hours worked over forty per week: 20
Total wages unpaid and liquidated damages: $17437.50 X 2 = $34,875.00
Attorneys' fees:

| | |
|---|---|
| J.H. Zidell: | $525.00 (1.5 x $350.00) |
| Christopher Cochran: | $240.00 (1.20 x $200.00) |
| Karl David Kelly: | $162.50 (0.50 x $325.00) |
| Joseph J. DiSpaldo: | $300.00 (1.0 x $300.00) |
| | **$1,227.50** |

Attorneys' costs:     $400.00 (filing fee)
                      $120.00 (service of process on Defendants)
                      **$620.00**

**Total claim: $34,875.00**

\*Plaintiff reserves the right to amend should discovery demonstrate time-and-a-half damages for any completely unpaid overtime hours. Plaintiff seeks all fees and cost available under FLSA.

Respectfully submitted,
J. H. ZIDELL, P.A.
ATTORNEYS FOR PLAINTIFF
300-71ST STREET, SUITE 605
MIAMI BEACH, FLORIDA 33141
305-865-6766
305-865-7167

By: /s/ Joseph J. DiSpaldo
    Joseph J. DiSpaldo
    Florida Bar No.: 0563668

### CERTIFICATE OF SERVICE:

I hereby certify that a true and correct copy of the foregoing was sent via cm/ecf to all those who have consented to such service on September 25, 2013.

By: /s/Joseph J. DiSpaldo
    Joseph J. DiSpaldo