UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO.: 13-23172-CIV-OTAZO-REYES

CONSENT CASE

MOISES ANGULO and all others similarly )
situated under 29 U.S.C. 216(B), )
)
)
Plaintiff, )
vs. )
)
)
R. & R. FRESH PRODUCE, INC. )
STEW )
ART FAMILY PRODUCE INC. d/b/a )
R & R FRESH PRODUCE )
ROBERT STEWART, )
)
Defendants. )
_____/

ORDER GRANTING JOINT MOTION FOR ENLARGEMENT
OF ALL DEADLINES BY 180 DAYS

THIS CAUSE is before the Court upon the Parties' Joint Motion for Enlargement of All Deadlines by 180 Days [D.E. 17]. Upon due consideration, it is

ORDERED AND ADJUDGED that the Parties' Joint Motion for Enlargement of All Deadlines by 180 Days [D.E. 17] is **GRANTED** as follows:

1. All **UNEXPIRED** deadlines are extended by 180 days from the date of this order.

2. The Pretrial Conference set for Thursday, February 13, 2014 at 2:00 P.M., is hereby **RESET** for **Monday, August 18, 2014 at 2:00 P.M.**

3. Trial is **RESET** to commence during the **two-week period beginning August 25, 2014.**

DONE AND ORDERED in chambers in Miami, Florida, on this 14th day of November, 2013.

_____
ALICIA M. OTAZO-REYES
UNITED STATES MAGISTRATE JUDGE

Copies to: Counsel of Record